NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERIC A. LEE,                                    )
                                               )
              Appellant,                        )
                                               )
v.                                             )        Case No. 2D17-4884
                                               )
STATE OF FLORIDA,                               )
                                               )
              Appellee.                         )
                                               )
_____)

Opinion filed June 20, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Michael F. Andrews,
Judge.

Eric A. Lee, pro se.


PER CURIAM.


              Affirmed.


VILLANTI, KHOUZAM, and BLACK, JJ., Concur.